IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JOHN EARL JORDAN, JR.**                                                                 **PETITIONER**
Reg. #07438-043

v.                                    No. 2:11-cv-176-DPM-BD

T.C. OUTLAW, Warden, FCI – Forrest City                              **RESPONDENT**

ORDER

Jordan has not objected to Magistrate Judge Beth Deere's recommendation, *Document No. 11*, that Jordan's petition be dismissed. The Court sees no legal error or clear factual error. FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee notes). The Court therefore adopts that recommendation in full. Jordan's petition for a writ of habeas corpus, *Document No. 1*, is dismissed with prejudice.

So Ordered.

                                                                    _____
                                                                    D.P. Marshall Jr.
                                                                    United States District Judge

                                                                    17 May 2012