IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN EARL JORDAN, JR.                                                    PETITIONER
Reg. #07438-043

v.                               No. 2:11-cv-176-DPM

T.C. OUTLAW, Warden, FCI – Forrest City                                  RESPONDENT

JUDGMENT

Jordan's petition for a writ of habeas corpus is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 May 2012